**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1898**

PEGGY PLEDGER,

        Plaintiff - Appellant,

    v.

UHS-PRUITT CORPORATION, The Oaks at Mayview, a/k/a Mayview
Convalescent Home, Inc., a/k/a Mayview Convalescent Center,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:12-cv-00484-F)

Submitted:  January 22, 2015       Decided:  January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peggy Pledger, Appellant Pro Se.  Benton Louis Toups, CRANFILL,
SUMNER & HARTZOG, LLP, Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peggy Pledger appeals the district court's order granting summary judgment in favor of Defendant in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pledger v. UHS-Pruitt Corp., No. 5:12-cv-00484-F (E.D.N.C. Aug. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED